# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32755**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Jacob C. SPARKS**
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 11 March 2024

————————————

*Military Judge*: Colin P. Eichenberger; Dayle P. Percle (post-trial processing).

*Sentence*: Sentence adjudged 27 January 2023 by SpCM convened at Francis E. Warren Air Force Base, Wyoming. Sentence entered by military judge on 9 March 2023: Bad-conduct discharge.

*For Appellant*: Major Nicole Mouakar, USAF.

*For Appellee*: Lieutenant Colonel J. Pete Ferrell, USAF; Major Olivia B. Hoff, USAF; Mary Ellen Payne, Esquire.

Before ANNEXSTAD, GRUEN, and KEARLEY, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-*

*Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court